UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Charles Royster
    *Plaintiff,*

versus

L.L. & G. Construction, Inc.
    *Defendant.*

Civil Action No.: 2:22-cv-00578

Judge Eldon E. Fallon

Magistrate Judge Karen Wells Roby

## ORDER

The Court has been advised that the parties recently reached a settlement of all claims in the above-captioned case. Accordingly,

**IT IS HEREBY ORDERED** that this action be and is hereby **DISMISSED** without cost and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.

The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties. **COUNSEL ARE REMINDED THAT**, if witnesses have been subpoenaed, **EVERY WITNESS MUST** be notified by counsel not to appear.

New Orleans, Louisiana, this 6th day of December, 2022.

*[signature]*
UNITED STATES DISTRICT JUDGE